### TURNER *v.* THE STATE.

COBB, J.    1. The answer of the county judge to the writ of certiorari suffi-
ciently. verified the averments of the petition, as well as the accusation
which was attached thereto as an exhibit.

2. While the evidence authorized a finding that the accused had been guilty of
an unlawful act of violence, it did not appear that this act was committed in
concert with any other person or as a result of a conspiracy, and therefore
a conviction for riot was unauthorized, and the judge erred in overruling the
certiorari.            *Judgment reversed. All the Justices concur.*

Submitted July 19, — Decided August 9, 1904.

Certiorari.    Before Judge Mitchell.    Berrien superior court. June 3, 1904.

*R. A. Hendricks,* for plaintiff in error.
*W. E. Thomas, solicitor-general,* contra.